**No. 47899.**—Protests. 31686–K, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items in question consist of pincushions composed in chief value of silk, but not composed in any part of any of the materials or articles *eo nomine* men-

tioned in paragraph 1529, and that the pincushions are similar in all material respects to those involved in Abstract 47604, the claim at 65 percent under paragraph 1211 was sustained.